# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| IN RE: VIJAY K. TANEJA, | ) | |
|     Debtor, | ) | |
| _____ | ) | |
| | ) | Case No. 08-13293-SSM |
| HSBC BANK USA NATIONAL | ) | |
| ASSOCIATION FOR MILMI | ) | Chapter 11 |
| SERVICES 2006-A1 C/O | ) | |
| JP MORGAN CHASE BANK | ) | Jointly Administered |
| NATIONAL ASSOCIATION | ) | |
| F/K/A WASHINGTON MUTUAL | ) | Adv. No. 09-01047-SSM |
| BANK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| H. JASON GOLD, CHAPTER 11 | ) | |
| TRUSTEE, *et al.*, | ) | |
| | ) | |
|     Defendants, | ) | |
| _____ | ) | |

## PLAINTIFF'S RESPONSE TO TRUSTEE'S
## MOTION TO COMPEL DISCOVERY RESPONSES,
## EXTEND DISCOVERY AND EXPERT DISCLOSURE DEADLINES
## AND RE-SCHEDULE PRE-TRIAL CONFERENCE

COMES NOW HSBC Bank USA National Association for MLMI Services 2006-A1 c/o JP Morgan Chase Bank National Association f/k/a Washington Mutual Bank ("HSBC"), by counsel, and files this Response to the Trustee's Motion to Compel Discovery Responses, Extend Discovery and Expert Disclosure Deadlines and Reschedule Pre-Trial Conference (the "Motion") and states as follows:

1

1. On June 1, 2009, HSBC provided its Response to Chapter 11 Trustee's First Request for Production of Documents and Objections and Answers to Chapter 11 Trustee's First Set of Interrogatories.

2. On June 18, 2009, HSBC provided its First Amended Objections and Answers to Chapter 11 Trustee's First Set of Interrogatories.

3. On July 20, 2009, HSBC produced additional documents. Production of these documents was delayed because HSBC's documents which are more than two years old are archived. It was necessary to retrieve the archived documents, including notes and comments for the loan since inception in 2005, from a storage warehouse.

4. HSBC has fully answered the Trustee's First Set of Interrogatories.

5. HSBC has produced all documents it can locate which are related to the loan which is the subject of this adversary proceeding.

6. HSBC will promptly produce any documents which HSBC hereafter discovers to be in its possession.

7. HSBC does not oppose extending the deadlines for discovery and expert disclosures.

WHEREFORE, HSBC respectfully requests that the Court deny the Trustee's Motion to Compel Discovery Responses.

Respectfully Submitted,

**Bierman, Geesing & Ward, LLC**

/s/ Stephen B. Wood
Stephen B. Wood, Esq., VSB # 26518
Bierman, Geesing & Ward, LLC
8100 Three Chopt Road, Suite 240
Richmond, Virginia 23229
(804) 282-0463 phone
(804) 282-0541 fax
bankruptcy@bgw-llc.com

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Response was sent this 11th day of September 2009, either via the CM/ECF system, electronic mail or first-class mail, postage prepaid to:

Valerie P. Morrison, Esq.
Rebecca L. Saitta, Esq.
Wiley Rein LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102

Lawrence E. Rifken, Esq.
David A. Swan, Esq.
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215

Robert M. Marino, Esquire
Redmon, Peyton & Braswell, L.P.
510 King Street, Suite 301
Alexandria, Virginia 22314

Robert R. Leinwand, Esq.
Robert M. Sasloff, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105

Bruce W. Henry, Esq.
Henry, O'Donnell, Dahnke & Walther, P.C.
4103 Chain Bridge Road, Suite 100
Fairfax, VA 22030

United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, Virginia 22314

                                                                                                                              <u>   /s/ Stephen B. Wood</u>